event the petition for a writ of certiorari is granted, this reinstatement shall remain in effect pending the issuance of the judgment of this Court. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that the relief sought should be denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this application.

*Dennis G. Lyons, Prime F. Osborn III, C. D. Towers, Jr.,* and *W. E. Grissett, Jr.,* for petitioners. *Neal Rutledge* for respondents.

No. 1567, Misc. WILSON *v.* OLIVER, WARDEN; and

No. 1577, Misc. ZALES *v.* MIDDLEBROOKS, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1105. HODES ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Sylvan D. Freeman, Samuel Kirschenbaum* and *Martin Schlesinger* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph Kovner* and *Crombie J. D. Garrett* for the United States. *Vincent J. Malone* for New York State Title Association, as *amicus curiae,* in support of the petition.

No. 1238. NATIONAL WOODWORK MANUFACTURERS ASSOCIATION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 1247. NATIONAL LABOR RELATIONS BOARD *v.* NATIONAL WOODWORK MANUFACTURERS ASSOCIATION ET AL. C. A. 7th Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. *Charles B. Mahin* for petitioners in No. 1238 and for respondents in No. 1247. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner in No. 1247 and for respondent in No. 1238. Reported below: 354 F. 2d 594.